51 So.2d 910

**Page F. REED v. STATE.**

6 Div. 146.

Supreme Court of Alabama.
Jan. 9, 1951.

PER CURIAM.

Appeal dismissed, motion of appellant.